IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  2018CV30759

**ROBERT FRITSCHE**,

      Plaintiff,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY**,

      Defendant.

---

### DEFENDANT'S NOTICE OF REMOVAL

---

TO:    PLAINTIFF AND HER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant American Family Mutual Insurance Company, by and through its counsel, Debra K. Sutton and Sandy Eloranto, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.    American Family Mutual Insurance Company ("American Family") is the Defendant in the above titled action, originally filed in the District Court, Jefferson County, Colorado, Case No. 2018cv30759.  On or about May 10, 2018, Plaintiff, Robert Fritsche ("Mr. Fritsche") filed his Complaint and Jury Demand in Jefferson County District Court, Colorado. The Complaint seeks recovery of damages as to American Family based on allegations of Breach of Contract, Breach of Duty of Good Faith and Fair Dealing.  *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

2.      Any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending.  28 U.S.C. § 1441(a).  The district courts of the United States have original jurisdiction of all actions between the citizens of different states, when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3.      The present action is between citizens of different states.   Mr. Fritsche is a citizen of the State of Colorado. *See* **Exhibit A** at ¶¶ 1, 7. Defendant American Family is a citizen of the state of Defendant American Family is a citizen of the State of Wisconsin. *See* Documents on File with Colorado Secretary of State, **Exhibit B;** *see also* **Exhibit A** at ¶ 2.

4.      The amount in controversy exceeds $75,000.  Plaintiff's Complaint alleges the the $165,009 difference between both sides estimates was unreasonably delayed and/or denied entitling Plaintiff to twice the covered benefit plus fees). *See* **Exhibit A** at ¶ 22, 34, 46, 115-135 Additionally,   in   District   Court   Civil   (CV)   Case   Cover   Sheet,   **Exhibit   C**, Plaintiff states' he seeks' more than $100,000 in damages.  *See* **Exhibit C** at 2.

5.      Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6.      This Notice of Removal is timely under 28 U.S.C. §1446(b).  American Family has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of Removal.   American Family was served with Plaintiff's Complaint and Jury Demand in this

matter on May 16, 2018.   *See* **Exhibit D**.   Thus, American Family's Notice of Removal is due June 15, 2018.

### COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7.      Pursuant to 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1, a copy of all process, pleadings, and orders that were served by the parties are attached. Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Jefferson.   *See* **Exhibit E**.   The process, pleadings, and orders are captioned as follows:

**Exhibit A**      Complaint and Jury Demand;

**Exhibit B**      Documents on file with the Colorado Secretary of State;

**Exhibit C**      District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint and Jury Demand;

**Exhibit D**      District Court Summons to American Family Mutual Insurance Company;

**Exhibit E**      Notice of Intent to Remove.

No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of Jefferson

8.      American Family has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

9.      Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Jefferson in Civil Action No. 2018cv30759.  Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiff's counsel. The register of actions is attached as **Exhibit F**.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, American Family Mutual Insurance Company respectfully requests that this case be removed from the District Court for the County of Jefferson, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 7th day of June, 2018.

/s/   Sandy Eloranto
Debra K. Sutton
Sandy Eloranto
Sutton | Booker | P.C.
4949 S. Syracuse, Suite 520
Denver, Colorado  80237
Telephone:  303-730-6204
Facsimile:  303-730-6208
E-Mail:  dsutton@suttonbooker.com
**Attorneys for Defendant,**
**American Family Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2018, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jonathan E. Bukowski
Larry E. Bache
Merlin Law Group, P.A.
1001 17th St., Ste 1150
Denver CO  80202

/s/   Jean E. Campbell
*A duly signed original is on file at*
*Sutton | Booker | P.C.*

4