IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01419-RBJ

ROBERT FRITSCHE

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Robert Fritsche and Defendant American Family Mutual Insurance Company stipulate to the dismissal of this action with prejudice, each party to bear its own attorney fees, expert fees, related expenses, and costs.

Dated: January 31, 2019.                                  Respectfully submitted,

| | |
|---|---|
| *s/Timothy G. Burchard, II* | *s/Thomas P. Crowley* |
| Jonathan E. Bukowski | Sandy Eloranto |
| Larry E. Bache Jr. | Thomas P. Crowley |
| Timothy G. Burchard, II | Sutton \| Booker \| P.C. |
| Merlin Law Group, P.A. | 4949 S. Syracuse, Suite 500 |
| 1001 17th Street, Suite 1150 | Denver, Colorado 80237 |
| Denver, CO  80202 | Telephone: 303-730-6204 |
| Telephone:  720.665.9680 | Facsimile: 303-730-6208 |
| Facsimile:  720.665.9681 | E-Mail: seloranto@suttonbooker.com |
| E-Mail: jbukowski@merlinlawgroup.com |     tcrowley@suttonbooker.com |
|     bache@merlinlawgroup.com | |
|     tburchard@merlinlawgroup.com | |
| *Attorneys for Plaintiff,* | *Attorneys for Defendant, American Family* |
| *Robert Fritsche* | *Mutual Insurance Company* |